[No. 1518-2.   Division Two.   June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED E. SHARRAH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 64131, John W. Schumacher, J., entered June 28, 1974. *Dismissed* by unpublished opinion per Rummel, J. Pro Tem., concurred in by Leahy (A.C.J.) and Johnson, JJ. Pro Tem.

[No. 1227-3.   Division Three.   June 17, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NEAL McCULLOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3633, B. J. McLean, J., entered June 28, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1211-3.   Division Three.   June 17, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LON E. MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3647, W. R. Cole, J., entered May 28, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1194-3.   Division Three.   June 17, 1975.]

COLUMBIA PRODUCERS, INC., *Appellant*, v. ROBERT CAMPBELL et al, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 22600, Felix Rea, J., entered May 10, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.